1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TIMOTHY O'NEIL CHARITY,

11           Petitioner,                    No. CIV S-06-0428 FCD PAN P

12        vs.

13   THOMAS CARROLL, Warden, et al.,

14           Respondent.                    ORDER

15   _____/

16           Petitioner is a state prisoner without counsel seeking a writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254.  Petitioner has not sought leave to proceed in forma pauperis or

18   paid the $5 filing fee.  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the

19   opportunity either to submit an affidavit in support of a request to proceed in forma pauperis or to

20   submit the filing fee.

21           In accordance with the above, IT IS HEREBY ORDERED that:

22           1.  Petitioner shall submit, within 30 days from the date of this order, an affidavit

23   in support of his request to proceed in forma pauperis or the $5 filing fee. Failure to comply with

24   this order will result in a recommendation that this action be dismissed.

25   /////

26   /////

1

1        2.  The Clerk of the Court is directed to send petitioner a copy of the in forma

2   pauperis form used by this district.

3   DATED: April 7, 2006.

4

5   _____
    UNITED STATES MAGISTRATE JUDGE

6

7   /mp/004
   char0428.101a

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26